TERMED

U.S. District Court
Northern District of Ohio (Cleveland)

CIVIL DOCKET FOR CASE #: 89-CV-470

Garrett, et al v. East Cleveland, City, et al          Filed: 03/15/89
Assigned to: Judge John M. Manos
Demand: $0,000          Nature of Suit: 440
Lead Docket: None          Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 Civil Rights Act

PHILLISA GARRETT, Individually     Charles M. Delbaum
and on behalf of all others       216-861-0360
similarly situated              [COR LD NTC]
    plaintiff                 Stege, Delbaum & Hickman
                              1370 Ontario Street
                              Suite 1620
                              Cleveland, OH 44113-1743

                              Paul M. Herdeg, Esq.
                              216-687-1900
                              [COR LD NTC]
                              Legal Aid Society Of Cleveland
                              1223 West Sixth Street
                              Cleveland, OH 44113

LENARD EDWARDS, Individually      Charles M. Delbaum
and on behalf of all others       (See above)
similarly situated              [COR LD NTC]
    plaintiff
                              Paul M. Herdeg, Esq.
                              (See above)
                              [COR LD NTC]

JOEL WILLIAMS, Individually       Charles M. Delbaum
and on behalf of all others       (See above)
similarly situated              [COR LD NTC]
    plaintiff
                              Paul M. Herdeg, Esq.
                              (See above)
                              [COR LD NTC]

WILLIAM BIBB, Individually and    Charles M. Delbaum
on behalf of all others           (See above)
similarly situated              [COR LD NTC]
    plaintiff
                              Paul M. Herdeg, Esq.
                              (See above)
                              [COR LD NTC]

Docket as of June 9, 1993 2:47 pm           Page 1

Proceedings include all events.                                    TERMED
1:89cv470      Garrett, et al v. East Cleveland, City, et al

   v.

EAST CLEVELAND, CITY OF             Craig E. Willis, Esq.
    defendant                        216-681-2166
                                    [COR LD NTC]
                                    City Of East Cleveland
                                    Department Of Law
                                    14340 Euclid Avenue
                                    East Cleveland, OH 44112
                                    216-681-5020

                                    James H. Hewitt, III, Esq.
                                    [COR LD NTC]
                                    Hatcher, Coaxum, Hewitt, Grimes
                                    & Manning
                                    820 West Superior Avenue
                                    Ste. 650
                                    Cleveland, OH 44113
                                    216-241-5700

RICHARD VAUGHN, In Official         Craig E. Willis, Esq.
Capacity as Chief of Police,        (See above)
City of E. Cleveland                [COR LD NTC]
    defendant
                                    James H. Hewitt, III, Esq.
                                    (See above)
                                    [COR LD NTC]

DARRYL E PITTMAN, In his            Craig E. Willis, Esq.
Official Capacity as Mayor of       (See above)
City of E. Cleveland                [COR LD NTC]
    defendant
                                    James H. Hewitt, III, Esq.
                                    (See above)
                                    [COR LD NTC]

```
Proceedings include all events.                                    TERMED
1:89cv470        Garrett, et al v. East Cleveland, City, et al
```

| Date | # | Description |
|---|---|---|
| 3/15/89 | -- | FILING FEE IFP . (jr) [Entry date 09/28/90] |
| 3/15/89 | 3 | COMPLAINT (Summons(es), magistrate consent form issued) ( 13+afdt & exh pgs) (jr) [Entry date 09/28/90] |
| 3/15/89 | 6 | MOTION by pltfs' to expedite disc w/memo in supp. ( 3 pgs) (jr) [Entry date 09/28/90] |
| 3/15/89 | 7 | MOTION by pltfs' for a view w/memo in supp ( 3 pgs) (jr) [Entry date 09/28/90] |
| 3/21/89 | 12 | MOTION by plaintiff to certify class action w/memo in supp ( 8 pgs) (jr) [Entry date 09/28/90] |
| 3/23/89 | 13 | MOTION of George Allison, Byron Delaney, Keith Graham & David Harper to intervene as pltfs w/memo in supp (cmp attach) ( 11 pgs) (jr) [Entry date 09/28/90] |
| 3/23/89 | 14 | RETURN OF SERVICE executed upon defendant Darryl E Pittman on 3/21/89 by cert mail. (1 pg) (jr) [Entry date 09/28/90] |
| 3/30/89 | 20 | RETURN OF SERVICE executed upon defendant Richard Vaughn on 3/21/89 by cert mail. ( 2 pgs) (jr) [Entry date 09/28/90] |
| 3/30/89 | 20 | RETURN OF SERVICE executed upon defendant East Cleveland City on 3/30/89 c/o Craig Willis by cert mail. (jr) [Entry date 09/28/90] |
| 5/15/89 | 25 | MOTION (applic) by pltfs' for entry of default as to East Cleveland City, Richard Vaughn, Darryl E Pittman for failure to ans 2 pgs) (jr) [Entry date 09/28/90] [Edit date 09/28/90] |
| 5/22/89 | 26 | MOTION by pltfs' to compel prodctn of docmts w/req for oral hrg ( 4+exh pgs) (jr) [Entry date 09/28/90] |
| 5/26/89 | 28 | ANSWER to Complaint by dfts'. ( 7 pgs) (jr) [Entry date 09/28/90] |
| 9/11/90 | 38 | NOTICE of pretrial conference reset for 10:30 a.m. on 9/21/90 (issued on 9/11/90) (1 pg) (jr) [Entry date 09/28/90] |
| 11/8/90 | 39 | NOTICE of pretrial conference sched for 10:30 on 11/19/90 (issued on 11/8/90) (1 p) (jr) [Entry date 11/09/90] |
| 2/28/91 | 40 | NOTICE of further pretrial conference sched for 8:30 a.m. on 3/18/91 CLIENTS MUST BE PRESENT (issued on 2/28/91) (1p) (jr) |
| 3/12/91 | 41 | NOTICE of further pretrial conference resched for 8:30 a.m. on 3/26/91 CLIENTS MUST BE PRESENT (issued on 3/12/91) (1p) (jr) [Entry date 03/13/91] [Edit date 03/13/91] |

```
Proceedings include all events.                                    TERMED
1:89cv470      Garrett, et al v. East Cleveland, City, et al

9/26/91  --        MARGINAL ENTRY ORDER: denying motion to certify class
                   action [12-1] (issued on 9/26/91)  Judge John M. Manos (jr)
                   [Entry date 09/27/91]

10/29/91 42        NOTICE of pretrial conference sched for 8:30 a.m. on
                   11/15/91 (issued on 10/29/91) (1p) (jr)

1/13/92  43        NOTICE of  conf sched for 8:30 a.m. on 1/27/92 (issued on
                   1/13/92) (1p) (jr) [Entry date 01/16/92]

5/6/92   44        REPORT by (not pty) Cuyahoga, County of re: stat of
                   payments for prisoner maintenance to deft City of East
                   Cleveland ( 11 pgs) (jr) [Entry date 05/07/92]

5/15/92  45        REPLY by defendant East Cleveland City to rpt of Cuyahoga
                   County re status of payments for prisoners' board and care
                   at E. Cleveland Jail. [44-1] ( 5 pgs+exh) (sp)

5/21/92  46        SUPPLEMENT by Cuyahoga County to report regarding status of
                   payments for prisoner brd & care at E. Cleveland Muni Jail
                   [44-1] ( 5 pgs) (rs) [Entry date 05/22/92]

5/28/92  47        NOTICE of status conference set for 10:30 a.m. on 6/5/92
                   (issued on 5/27/92) (1 pg) (ee)

5/28/92  48        SUBPOENA returned.  Issued on behalf of: dft.  Served on:
                   Douglas Peck on 5/28/92. ( 1 pg+exh) (sp)
                   [Entry date 05/29/92]

8/25/92  49        NOTICE of hearing in room: 250, before: Judge Manos ;
                   pretrial conference scheduled for 1:30 p.m. on 9/2/92
                   (issued on 8/25/92) ( 1 pg) Clients must be present. (baw)

8/26/92  50        NOTICE of hearing in  room: 250,  before: Judge Manos
                   pretrial conference resched for 8:30 a.m. on 9/15/92
                   CLIENTS MUST BE PRESENT (issued on 8/26/92) ( 1 pg) (jr)
                   [Entry date 08/27/92]

9/2/92   51        NOTICE of hearing in  room: 250,  before: Judge Manos
                   pretrial conference re-set for 8:30 a.m. on 9/21/92
                   CLIENTS MUST BE PRESENT (issued on 9/1/92) ( 1 pg) (jr)

1/14/93  52        NOTICE of hearing in  room: 250,  before: Judge John M.
                   Manos ;pretrial conference set for 8:30 a.m. on 1/20/93
                   (issued on 1/14/93) ( 1 pg) (ee)

1/15/93  53        NOTICE of hearing in  room: 250,  before: Judge Manos
                   pretrial conference resched for 8:30 a.m. on 1/27/93
                   CLIENTS MUST BE PRESENT (issued on 1/15/93) (1 pg) (js)
                   [Entry date 01/21/93]

4/21/93  54        NOTICE of hearing in  room: 250,  before: Judge Manos ;
                   status conference set for 8:30 on 5/4/93 (issued on
                   4/21/93) ( 1 pg) (rs)
```

```
Proceedings include all events.                                    TERMED
1:89cv470      Garrett, et al v. East Cleveland, City, et al
```

6/4/93   55   ORDER approving consent decree & final resolution of this action. (issued on 6/4/93) ( 2 pgs) Judge John M. Manos (js) [Entry date 06/08/93]

6/4/93   56   CONSENT DECREE stating the complete & final resolution of class action (issued on 6/4/93) ( 8 pgs) Judge John M. Manos (js) [Entry date 06/08/93]

| DISTRICT | OFF. | DOCKET NO. YR. NUMBER | | FILING DATE | | | NATURE | DIV. | R | $ DEMAND | JUDGE | MAG. | COUNTY | | YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0647 | 1 | 89 | 0470 | 1 | 3 | 15 | 89 | 3 | 440 | | | | | 89 | 470 |

**PLAINTIFFS**

GARRETT, Phillisa

EDWARDS, Lenard

WILLIAMS, Joel

BIBB, William,

individually and on behalf
of all others similarly situated

**DEFENDANTS**

THE CITY OF EAST CLEVELAND, et al

VAUGHN, Richard, in official capacity
  as Chief of Police, City of E. Cleveland

PITTMAN, Darryl E., in his official capacity
  as Mayor of City of E. Cleveland

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42 U.S.C. Sec. 1983 To remedy conditions in E. Cleveland Jail

**ATTORNEYS**

Paul Herdeg
Robert H. Bonthius, Jr.
David B. Dawson
Legal Aid Society of Cleveland
1223 West Sixth St.
Cleveland, Ohio 44113
  (216) 687-1900

~~Lois Robinson~~
American Civil Liberties Union
  of Cleveland Foundations, Inc.
1223 West 6th St.
Cleveland, Ohio 44113'
  (216) 781-6276

Charles M. Delbaum   (per notice 8/1/89)
STEGE, DELBAUM & HICKMAN CO.
Standard Bldg. - Suite 1620
1370 Ontario St.
Cleveland, Ohio 44113-1701
  (216) 861-0360

Cat. 3 - Cuyahoya

Craig Willis  21153
Director of Law
14340 Euclid Ave.
East Cleveland, Ohio 44112
  (216) 681-2166

5-7 (per notice of 2/20/90)
James H. Hewitt, III   (8620)
The 820 Building
Suite 300
Cleveland, Ohio 44113
  (216) 241-5700

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | MAR 1 5 1989 | | | JS-5 | 3/31/89 |
| | | | | JS-6 | |

TIME STUDY CASE

UNITED STATES DISTRICT COURT DOCKET                                  DC-111 (Rev. 8/87)

Record Time Spent by Judge or Magistrate

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 3/15/89 | 1 | APPLICATION of Phillisa Garrett, Leonard Edwards, Joel Williams and William Bibb to proceed in forma pauperis, supporting documentation and order. (4 p) ee |
| 3/15/89 | 2 | ORDER granting appl of Garrett, Edwards, Williams and Bibb to proceed in forma pauperis. PERELMAN, Mag. Issd to USM 3/15/89. |
| 3/15/89 | 3 | COMPLAINT (Verified) Class Action. (13 p + affvt + exh). Summ to Pltf's atty. |
| 3/15/89 | 4 | MOTION of pltfs for TRO and memo in supp. Certificate of pltfs' atty as to notification of defts attached. (25 p) ee |
| 3/15/89 | 5 | CERTIFICATION of pltf's atty as to notification of defts of time and place of hearing on mot for TRO. |
| 3/15/89 | 6 | MOTION of pltfs to expedite disc and memo in supp. c/m 3/15/89 (3 p) ee |
| 3/15/89 | 7 | MOTION of pltfs for a view w/memo. c/m 3/15/89 (3 p) ee |
| 3/15/89 | 8 | TEMPORARY RESTRAINING ORDER. MANOS, J. EOD 3/16/89 (1 p) ee |
| 3/18/89 | 9 | NOTICE of prelim inj hearing scheduled for March 27, 1989 at 8:30 a.m. Rm. 250. KOS/dep clerk EOD 3/18/89 ee |
| 3/15/89 | 10 | INITIAL ORDER issd. MANOS, J. (3 p) ee |
| 3/21/89 | 11 | REQUEST (1st) of pltf for entry into the East Cleveland jail. c/m 3/22/89 (2 p) ee |
| 3/21/89 | 12 | MOTION of pltf for class certification w/memo. c/m 3/21/89 (8 p) ee |
| 3/23/89 | 13 | MOTION of George Allison, Byron Delaney, Keith Graham and David Harper to inter as pltfs w/memo in supp. c/m 3/23/89 (11 p + complt att) ee |
| 3/23/89 | 14 | SUMMONS retn. Srv Darryl Pittman on 3/21/89 by cert mail. (1 p) ee |
| 3/24/89 | 15 | (24) MOTION of defts to dism for failure to join parties essential for just adjudication w/memo in supp. c/m 3/24/89 (4 p) ee |
| 3/24/89 | 16 | (17) MOTION of pltf for prel inj granting partial relief w/memo. c/m 3/24/89 (22 p) ee |
| 3/24/89 | 17 | (19) REQUEST (1st) of pltfs for prodctn of docmts to defts. c/m 3/24/89 (6 p) ee |
| 3/24/89 | 18 | SUBPOENA retn. Srv Melda Turner (jail Inspector) by Alan DiGirolamo, law clk, on 3/24/89 (1 p) ee |
| 3/27/89 | 19 | (16) PRELIMINARY INJUNCTION granting partial relief. MANOS, J. Issd 3/27/89 EOD 3/28/89 ee |
| 3/30/89 | 20 | SUMMONS retn. Srv Richard Vaughn on 3/21/89 and City of Cleve c/o Craig Willis on 3/30/89 by cert mail. (2 p) ee |
| 4/7/89 | 21 | MEMORANDUM of pltfs in opp to defts mot to dismiss for failure to join ptys essential for just adjudication. c/m 3/7/89 (3 p) ee |
| 4/11/89 | 22 | NOTICE setting case for conference on April 20, 1989 at 8:30 a.m., Rm. 250. KOS/dep clerk ee |
| 4/19/89 | 23 | MEMORANDUM OF OPINION denying defts' mot to dismiss; Since City of East Cleveland and its officials are solely responsible for the conditions, practices and policies at the City jail, the joinder of the County is unnecessary for just adjudication. MANOS, J. Issd 4/19/89, EOD 4/19/89 (2 p) ee |
| 4/19/89 | 24 | (15) ORDER that purs to the Memo of Opinion issed this date, defts' motion to dism is denied. MANOS, J. Issd 4/19/89, (1 p) ee |
| 5/15/89 | 25 | APPLICATION of pltfs for default against defts for failure to ans. c/m 5/12/89 (2 p) ee |
| 5/22/89 | 26 | MOTION of pltfs to compel prodctn of docmts and req for oral hearing w/brf. c/m 5/19/89 (4 p + exh) ee |
| 5/24/89 | 27 | NOTICE of conf on June 1, 1989 at 10:30 a.m., Rm 250. KOS?dep clerk ee |
| 5/26/89 | 28 | ANSWER of defts City of East Cleveland, Richard Vaughn and Darryl E. Pittman to pltf's complt. c/m 5/26/89 (7 p) ee |
| 7/28/89 | 29 | NOTICE of pretrial on Aug. 4, 1989 at 8:30 a.m. KOS/dep clerk ee |
| 10/13/89 | 30 | NOTICE of pretrial on Oct. 23, 1989 at 8:30 a.m. KOS/dep clerk ee |
| 10/17/89 | 31 | NOTICE rescheduling PT on Oct. 26, 1989 at 8:30 a.m. KOS/dep clerk ee |
| 10/31/89 | 32 | NOTICE re-scheduling pretrial on Nov. 13 1989 at 8:30 a.m. Rm 250. KOS/dep clerk |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 1:89CV470 |
|---|---|---|
| GARRETT, Phillisa et al | CITY OF EAST CLEVELAND et al | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1/12/90 | 33 | **NOTICE** scheduling case for pretrial on Jan. 19, 1990 at 8:30 a.m., Rm 250. KOS/dep clerk ee |
| 2/5/90 | 34 | **NOTICE** re-sched PT on Feb. 20, 1990 at 8:30 a.m. KOS/dep clk. ee |
| 2/20/90 | 35 | **STATUS CONFERENCE MEMORANDUM of** defts for Feb. 20, 1990. c/m 2/20/90 (11p)ee |
| 2/20/90 | 36 | **NOTICE** of appearance of James H. Hewitt as counsel of record for all defts. c/m 2/?/90 (2 p) ee |
| 7/12/90 | 37 | **NOTICE** of case set for pt on 7/23/90 at 10:30 a.m., Lawyers only-clients do not need to be present. iss 7/12/90 (1p) (JR) |
| 9/11/90 | 38 | ✓ **NOTICE** of case reset for pt on 9/21/90 at 10:30 a.m. iss 9/11/90 (1p) (JR) |

"REFER TO COMPUTER DOCKET FOR SUBSEQUENT DOCKET ENTRIES"